**Jerome L. Green, appellee, v. Foreman & Clark, a corporation, appellant. Gen. No. 29,848.**
Action to recover for services as clothing salesman. Judgment

for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. John J. Lupe, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1924. Affirmed. Opinion filed May 11, 1925. Rehearing denied May 25, 1925.

Urion, Drucker, Reichmann & Boutell, for appellant. Frank & Rosenfeld, for appellee.

Mr. Justice Johnston delivered the opinion of the court.